UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL M. YOHANNES,<br><br>               Plaintiff,<br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:23-CV-00164-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion for Dismissal. Dkt. No. 13. Pursuant to the parties' agreement, this action is dismissed with prejudice and without costs or attorney fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court VACATES the remaining case schedule. Dkt. No. 12.

Dated this 10th day of October, 2023.

*(signature)*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1